THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Michael Fernandez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FERNANDEZ, | Case No.  C 07-666 SI |
| Plaintiff, | STIPULATION REVISING THE ORIGINAL CASE SCHEDULE |
| v. | |
| UNITED CENTRO PROPERTIES, CENTRO MART, INC., | |
| Defendant. | |
| _____/ | |

In the interests of economy and efficiency, the parties to this ADA Action, through their

counsel hereby Stipulate to Revise the original Case Schedule as follows:

Joint Site Inspection: October 11, 2007

Filing Initial Disclosures: By November 1, 2007

Meet and Confer re Settlement: By November 30, 2007

Last day for Plaintiff to file a "Notice of Need for Mediation": December 31, 2007

Last day for Plaintiff to file a Request for a Case Management Conference: January 31, 2008

Date:  August 22, 2007                    Date:  August 22, 2007

C 07-666 SI                              1

S/Thomas N. Stewart, III
Attorney for Plaintiff

S/Bradford J. Dozier
Attorney for Defendants



C 07-666 SI          2