THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Michael Fernandez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FERNANDEZ, | Case No. C 07-666 SI |
| Plaintiff, | STIPULATION OF DISMISSAL; ORDER |
| v. | |
| UNITED CENTRO PROPERTIES, CENTRO MART, INC., | |
| Defendant. _____/ | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Date: November 9, 2007                                            Date: November 9, 2007


S/Bradford J. Dozier,                                                   S/Thomas N. Stewart, III,
Attorney for Defendants                                           Attorney for Plaintiff


IT IS SO ORDERED:

C 07-666 SI                                                                  1

Date: _____

_____
Judge